UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Everlast Roofing, Inc.</u>

               v.                    Civil No. 07-cv-20-JD

<u>Guy Fauteux</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 30, 2007, no objection having been filed.

SO ORDERED.

June 19, 2007                      <u>/s/ Joseph A. DiClerico, Jr.</u>
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

cc:    Dawnangela A. Minton, Esq.
        John G. Osborn, Esq.